UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRICIA MASON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:19-cv-01288-CMH-TCB |
| | : | |
| BTL INDUSTRIES, INC., | : | |
| | : | |
| Defendant. | : | |

## **RULE 7.1 FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, and to enable the Judges and Magistrate Judges to enable possible disqualification or recusal, the undersigned counsel for BTL Industries, Inc., in the above captioned matter, makes the following disclosure:

BTL Industries, Incorporated, is owned in its entirety by BTL Holdings Limited.

BTL INDUSTRIES, INC.
By Counsel

*/s/Nat P. Calamis*_____
Nat P. Calamis, #495680
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Nat.Calamis@carrmaloney.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was electronically filed on this 22nd day of November, 2019, and e-served to:

        Nicholas Hantzes, Esquire
        Michael Hall, Esquire
        Hantzes & Associates
        1749 Old Meadow Road, Suite 308
        McLean, Virginia 22102

                */s/Nat P. Calamis*_____
                Nat P. Calamis, #495680
                Carr Maloney P.C.
                2020 K Street, NW, Suite 850
                Washington, D.C.  20006
                (202) 310-5500 (Telephone)
                (202) 310-5555 (Facsimile)
                Nat.Calamis@carrmaloney.com